**No. 57780.**—International Models, Inc., and Victory Shipping Co., Inc. *v.* United States, protests 156236–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of model trains and parts, in chief value of metal, similar in all material respects to the merchandise the subject of *International Models, Inc.* and *Victory Shipping Co., Inc.* v. *United States* (31 Cust. Ct. 24, C. D. 1541), the claim of the plaintiffs was sustained.

**No. 57781.**—Mrs. J. A. Middleton, Jr. *v.* United States, protest 202248–K/3959 (Chicago).

Opinion by OLIVER, C. J.  An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, JANUARY 20, 1954

**No. 57782.**—Import Export Service of N. J. and Daggett & Ramsdell, Inc. *v.* United States, protest 166371–K (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of a powder filling machine the same in all material respects as that the subject of *Yardley of London, Inc.* v. *United States* (30 Cust. Ct. 37, C. D. 1495), the claim of the plaintiffs was sustained.